IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STONEY GLENN,

     Plaintiff,

v.                         CASE NO.: 4:12cv556-SPM/GRJ

DAREN SHIPPY and
JAMES HANKINSON,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 4) dated October 24, 2012. Plaintiff was furnished a copy, and has filed an objection (doc. 5).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2.     Plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) is granted for the limited purpose of screening the Complaint (doc. 1).

3.      Plaintiff's Complaint (doc. 1) is dismissed pursuant to <u>Younger v.</u>

<u>Harris</u>.

DONE AND ORDERED this 8th day of November, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge